UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES BARKER, | ) |
|                 Plaintiff, | ) |
| v. | ) No. 1:19-cv-01280-TWP-TAB |
| PAUL TALBOT Dr., Primary, | ) |
| MICHELLE LAFLOWER Health Services Administrator, | ) |
| LISA BERGESON Regional Manager, | ) |
| WEXFORD HEALTH OF INDIANA, LLC, | ) |
|                 Defendants. | ) |

**Order Granting Motion to File Second Amended Complaint
and Directing Issuance and Service of Process**

Plaintiff Charles Barker's August 18, 2020, motion to amend his complaint, dkt. [99], is **granted**. The second amended complaint filed August 18, 2020, *see* dkt. 100, shall now be the operative complaint. The Court has screened the second amended complaint pursuant to 28 U.S.C. § 1915A and directs that it **shall proceed** as pled. Because the claims added by the second amended complaint concern events and defendants at the Miami Correctional Facility, severance of these claims and transfer to the Northern District of Indiana may become necessary. The defendants' rights under Federal Rule of Civil Procedure 12(b) are not affected by this ruling.

The **clerk is directed** to add Laura Bodkin, Carl E. Kuenzli, M.D., Leeann Ivers, and Ike Randolph as defendants to this action.

The **clerk is directed** pursuant to Federal Rule of Civil Procedure 4(c)(3) to issue process to defendants Laura Bodkin, Carl E. Kuenzli, M.D., Leeann Ivers, and Ike Randolph in the manner specified by Rule 4(d). Process shall consist of the Amended Complaint, dkt. 100, applicable forms (Notice of

Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Order.

**IT IS SO ORDERED**.

Date: 8/21/2020

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Charles Barker
976850
Miami Correctional Facility
Inmate Mail/Parcels
3038 West 850 South
Bunker Hill, IN 46914-9810

Douglass R. Bitner
Katz Korin Cunningham, P.C.
dbitner@kkclegal.com

Matthew Frederick Richter
Keller & Keller LLP
mrichter@2keller.com

Laura Bodkin
IDOC Employee
Miami Correctional Facility
3038 West 850 South
Bunker Hill, IN 46914-9810

Dr. Carl Kuenzli
Medical Provider
Miami Correctional Facility
3038 West 850 South
Bunker Hill, IN 46914-9810

Leeann Ivers
Medical Provider
Miami Correctional Facility
3038 West 850 South
Bunker Hill, IN 46914-9810

Ike Randolph
IDOC Employee
Miami Correctional Facility
3038 West 850 South
Bunker Hill, IN 46914-9810